UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE HEINEMANN, <br> Plaintiff, <br> v. <br> DANIEL T. SATTERBERG, <br> Defendant. | No. C12-0125RSL <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on "Defendant's Motion For Summary Judgment and Dismissal." Dkt. # 15. Plaintiff has not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the motion on its merits and finds that dismissal is appropriate.

Defendant's motion is therefore GRANTED. Plaintiff's claims are hereby DISMISSED with prejudice  The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

Dated this 19th day of April, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL